**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOHN W. PETSINGER,               :   No. 201 MAL 2016
                                 :
                    Petitioner   :
                                 :
                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Commonwealth Court
          v.                     :
                                 :
                                 :
PENNSYLVANIA DEPARTMENT OF       :
LABOR AND INDUSTRY, BUREAU OF    :
LABOR LAW COMPLIANCE,            :
                                 :
                    Respondent   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2016, the Petition for Allowance of Appeal and Application to File Post-Submission Communication are **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.